# NO. 12-20-00139-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ANTHONY HENEGAR AND LORI HENEGAR, INDIVIDUALLY AND A/N/F MASON HENEGAR, DRU HENEGAR AND MASON HENEGAR, APPELLANTS* | § | *APPEAL FROM THE 173RD* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *REGAL MARINE INDUSTRIES, INC., ET AL, APPELLEES* | § | *HENDERSON COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants, Anthony Henegar and Lori Henegar, individually and a/n/f Mason Henegar and Dru Henegar, and Mason Henegar, filed an unopposed partial motion to dismiss this appeal with respect to Appellees CIPA USA, Inc. and One Water Marine Holdings, LLC. No decision has been delivered in this appeal. Accordingly, Appellants' motion to dismiss is granted, and the appeal is *dismissed* as to CIPA and One Water. *See* TEX. R. APP. P. 42.2(a). This dismissal does not affect Appellants' appeal with respect to Appellees Regal Marine Industries, Inc., Rule Industries, LLC, Earmark, Inc., and Singleton Assets & Operations, LLC d/b/a Phil Dill Boats.

Opinion delivered June 9, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 9, 2021**

**NO. 12-20-00139-CV**

**ANTHONY HENEGAR AND LORI HENEGAR, INDIVIDUALLY AND A/N/F MASON HENEGAR, DRU HENEGAR AND MASON HENEGAR,**
Appellants
V.
**REGAL MARINE INDUSTRIES, INC., ET AL,**
Appellees

---

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. CV17-0294-392)

---

THIS CAUSE came on to be heard on the unopposed partial motion of the Appellants to dismiss the appeal herein with respect to Appellees CIPA USA, Inc. and One Water Marine Holdings, LLC, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed as to CIPA and One Water,** and that the decision be certified to the court below for observance. This dismissal does not affect Appellants' appeal as to Appellees Regal Marine Industries, Inc., Rule Industries, LLC, Earmark, Inc., and Singleton Assets & Operations, LLC d/b/a Phil Dill Boats.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*